UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO. 20-MJ-168 (JDB)** |
| | : | |
| **MALIK LANIER,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 1752(a)(1)** |
| **Defendant.** | : | **(Entering or Remaining in Restricted** |
| | : | **Building or Ground)** |
| | : | **22 D.C. Code § 3302(b)** |
| | : | **(Unlawful Entry (Public Property)** |

### INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about August 18, 2020, within the District of Columbia, the defendant, **MALIK LANIER,** did knowingly enter and remain, and attempt to enter and remain, in a restricted building and grounds, that is, the White House Complex and Grounds, without lawful authority to do so.

(**Entering or Remaining in Restricted Building or Ground**, in violation of Title 18, United States Code, Section 1752(a)(1) (Misdemeanor))

## COUNT TWO

On or about August 18, 2020, within the District of Columbia, the defendant, **MALIK LANIER,** without lawful authority, did enter and attempt to enter certain public property, that is, the White House Complex and Grounds, against the will of the United States Secret Service Officers, lawfully in charge thereof.

(**Unlawful Entry (Public Property)**, in violation of Title 22, District of Columbia Code, Section 3302(b) (Misdemeanor))

    Respectfully submitted,

    MICHAEL R. SHERWIN
    Acting United States Attorney
    New York Bar Number 4444188

By: *Nicole Hutchinson*

    NICOLE S. HUTCHINSON
    California Bar No. 281524
    Special Assistant U.S. Attorney
    United States Attorney's Office
    555 4th Street, N.W.
    Washington, D.C. 20530
    Nicole.Hutchinson@usdoj.gov
    (202) 803-1670